# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00008-CV

**Paul D. Simmons, Appellant**

**v.**

**Teresa A. Simmons, Appellee**

### FROM DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
### NO. B130232F, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on February 2, 2015. On appellant's motion, the deadline for filing was extended to April 13, 2015. Appellant has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional 60 days. We grant the motion for extension of time and order appellant to file a brief no later than June 12, 2015. No further extension of time will be granted, and a failure to comply with this order may result in the dismissal of this case for want of prosecution. *See* Tex. R. App. P. 38.8(a).

It is so ordered this 30th day of April, 2015.

Before Chief Justice Rose, Justices Goodwin and Field